# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

(212) 808-7800

WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE: (212) 808-5019
EMAIL: jpark@kelleydrye.com

April 6, 2007

**VIA FACSIMILE (212) 805-7912**

Honorable John G. Koeltl
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   Lindner v. American Express Corporation
      Civil Action No. 06-03834 (JGK-THK)

Dear Judge Koeltl:

I just received the Court's order concerning plaintiff's objections to Defendants' application to file, under seal, their motion to enforce settlement and dismiss the action.

Defendants were prepared to file their motion today with the specific terms of the open court settlement and the transcript thereof protected under seal. Should we understand the Court's order to provide that such motion be held in abeyance pending resolution of the issue of confidentiality?

We thank the Court for providing this point of clarification.

Respectfully submitted,

Jean Y. Park (JYP-8073)

*The Court did not preclude filing the motion under seal -- although the Court does not understand from the parties' submissions the urgency of filing the motion under seal today. Moreover, counsel should be aware that if the motion is filed under seal based on the representation that it contains confidential material, such parts of the motion that can be separated and that do not contain confidential material will be unsealed.*

*SO ORDERED,*
*4/6/07*   *JGK*
*U.S.D.J.*

cc:   Thomas J. Luz, Esq., Pearce & Luz LLP
      Attorneys for Plaintiff (via facsimile (212) 221-8468)

NY01/PARKJE/1176680.1