UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER W. LINDNER,

            Plaintiff,          06 Civ. 3834 (JGK)

   - against -           ORDER

AMERICAN EXPRESS CORPORATION and
QING LIN,

            Defendants.

[USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 4/9/07]

JOHN G. KOELTL, District Judge:

    The defendant seeks to make a motion to enforce an alleged settlement agreement. The defendant sought, with the purported consent of the plaintiff's counsel, to file the motion under seal because it contained confidential information, an application that the Court granted. By facsimile dated April 6, 2007, the plaintiff pro se now objects to the conduct of his attorney and raises the question of what documents are required to be sealed.

    The Court's deputy Clerk will schedule a prompt conference with the parties to discuss the status of the case. In the meantime, it should be noted that the Court has not sealed any records. The parties are reminded, however, that they are required to comply with any previously issued confidentiality orders.

SO ORDERED.

Dated:   New York, New York
        April 6, 2007

                                            /s/ John G. Koeltl
                                         John G. Koeltl
                                    United States District Judge