```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER W. LINDNER,

                Plaintiff,        06 Civ. 3834 (JGK)

     - against -             ORDER

AMERICAN EXPRESS CORPORATION and
QING LIN,

                Defendants.

JOHN G. KOELTL, District Judge:

The response by the defendants and by the plaintiff to the motion by Pearce & Luz LLP to withdraw as attorney for the plaintiff is due on or before **April 13, 2007**. The reply of plaintiff's counsel on the motion will be due on or before **April 20, 2007**.

The defendants may submit any motion to enforce the alleged settlement agreement on or before **April 13, 2007**. The plaintiff's response to the motion to enforce will be due on or before **April 27, 2007**. The defendants' reply on the motion will be due on or before **May 2, 2007**. The return date on the motion to enforce is **May 4, 2007 at 10:00 a.m.**

SO ORDERED.

Dated:    New York, New York
           April 12, 2007

                                                        John G. Koeltl
                                            United States District Judge