USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PETER W. LINDNER,

                Plaintiff,

- against -

AMERICAN EXPRESS CORPORATION and QING LIN,

                Defendants.

------------------------------------------------------------x

Honorable John G. Koeltl

Civil Action No. 06-3834 (JGK-THK)

**ORDER TO SHOW CAUSE TO ENFORCE SETTLEMENT AND FOR A PROTECTIVE ORDER**

      Upon the annexed Affirmation of Jean Y. Park, Esq., sworn to on April 13, 2007, and the exhibits annexed thereto, and the accompanying Memorandum of Law of Defendants, American Express Travel Related Services Company, Inc., erroneously denominated "American Express Corporation" (hereinafter, "American Express" or the "Company"), and Qing Lin ("Lin") (collectively, "Defendants"), dated April 13, 2007, it is hereby:

      ORDERED, that Plaintiff, Peter W. Lindner, show cause before the Honorable John G. Koeltl, United States District Court Judge, United States Courthouse, 500 Pearl Street, Courtroom 12B, New York, New York 10007, on the **4th** day of **May 2007** at **10:00 a.m.**, why an order should not issue: (i) enforcing the confidential settlement reached by the parties on March 29, 2007, (ii) granting Defendants' request for a protective order to enjoin plaintiff from disclosing the terms and conditions of such confidential settlement, (iii) enjoining plaintiff from filing publicly any terms of the confidential settlement pending determination by the Court of the instant application, along with such other and further relief as this Court deems proper; it is further

NY01/PARKJE/1176507.2

ORDERED, that a copy of this Order, together with the papers upon which it is granted, be served upon counsel for plaintiff, Thomas J. Luz, Esq. of Pearce & Luz LLP, 1500 Broadway, 21st Floor, New York, New York 10022, by federal express delivery for receipt on or before **April 14, 2007**; it is further

ORDERED, that plaintiff's objections to the relief requested, if any, must be served on counsel for Defendants, Jean Y. Park, Esq. of Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178, for receipt on or before **April 27, 2007**; and it is further

ORDERED, that Defendants' reply, if any, must be filed and served on plaintiff and/or counsel for plaintiff for receipt on or before **May 2, 2007**.

Dated: New York, New York
April 13, 2007

_____
HON. JOHN G. KOELTL, U.S.D.J.

2

NY01/PARKJE/1176507.2