```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER W. LINDNER,

               Plaintiff,        06 Civ. 3834 (JGK)

    - against -           ORDER

AMERICAN EXPRESS CORPORATION and
QING LIN,

              Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court forwards to the parties all documents appearing in the Court's internal file on this matter that reflect correspondence from the plaintiff to the Court and that bear no indication that the documents were ever previously forwarded to the parties.

SO ORDERED.

Dated:    New York, New York
          May 5, 2007

                                     _____
                                     John G. Koeltl
                               United States District Judge