```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PETER LINDNER,                       :
                                     :
                    Plaintiff,       :
                                     :   06 Civ. 03834(JGK)(THK)
          -against-                  :
                                     :
                                     :   ORDER
                                     :
AMERICAN EXPRESS CORP. and QING LIN, :
                                     :
                                     :
                    Defendants.      :
------------------------------------ :
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

Plaintiff's motion for an "oral hearing" is denied. Plaintiff has had ample opportunity to explain his position in his numerous written submissions. Instead of submitting disrespectful letters/motions to the Court, with irrelevant material, it would serve Plaintiff well to focus on what the Court has and has not permitted in its previous Orders.

Plaintiff was advised that he was not prohibited by the Court from speaking at the American Express shareholders meeting, or from otherwise communicating with other shareholders. Because Plaintiff has violated Court Orders prohibiting him from directly speaking about this litigation with American Express executives, who are represented in this action, the Court has ordered that any further communications with American Express executives be in writing, which should be sent through American Express's counsel. Rather than sending such a communication to counsel, Plaintiff sent a letter which he demanded go out over the signature of the Secretary of the Corporation, and in which Plaintiff put words into the

Secretary's mouth. The Court determined that Defendants had no obligation to issue such a letter. (See Memorandum Endorsed Order, dated March 17, 2009.) If Plaintiff takes issue with that Order, there are avenues for appeal.

So Ordered.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: March 23, 2009
       New York, New York