UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER LINDNER,

              Plaintiff,        06 Civ. 3834 (JGK)

    - against -            ORDER

AMERICAN EXPRESS CORPORATION and QING
LIN,

              Defendants.

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the conference on **April 23, 2009**, the plaintiff's Order to Show Cause for a preliminary injunction is **denied**.

SO ORDERED.

Dated:    New York, New York
            April 23, 2009

                                        John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/09