UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER W. LINDNER,

          Plaintiff,

06 Civ. 3834 (JGK)

- against -

ORDER

AMERICAN EXPRESS CORPORATION and
QING LIN,

          Defendants.

JOHN G. KOELTL, District Judge:

The Court has reviewed the Memo Endorsed Order of Magistrate Judge Katz dated April 10, 2009, and the Objections by the Plaintiff. There is nothing in the Order that is clearly erroneous or contrary to law, and the Objections are therefore overruled. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

SO ORDERED.

Dated:    New York, New York
          May 5, 2009

                                      John G. Koeltl
                             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/09