UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PETER LINDNER,

                     Plaintiff,

     -against-

AMERICAN EXPRESS CORP. and QING LIN,

                     Defendants.
------------------------------------:

06 Civ. 03834 (JGK) (THK)

ORDER

(Pro Se)

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/22/09**

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

    Plaintiff was given an extension of time, until May 19, 2009, to respond to Defendants' application for a Rule 35 psychiatric examination. He has failed to submit a response. Accordingly, by no later than May 29, 2009, Plaintiff shall submit a brief letter to the Court, not exceeding two double-spaced pages, setting forth the nature of the emotional distress damages Plaintiff is contending he suffered, and for which he is seeking damages in this action, as a result of Defendants' alleged breach of the settlement agreement and alleged retaliation.

    So ordered.

                                                       _____
                                                       THEODORE H. KATZ
                                                       UNITED STATES MAGISTRATE JUDGE

Dated: May 22, 2009
       New York, New York