UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PETER LINDER,

                Plaintiff(s),

    -against-

AMERICAN EXPRESS CORP.,

               Defendant(s).
------------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

06 civ 3834 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Wednesday, March 17, 2010 at 2:30pm** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

*Don Fletcher*
Courtroom Case Manager

Dated: New York, New York
       March 1, 2010

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2010