AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      NEW YORK

**APPEARANCE**

Peter Lindner

v.

American Express Corp.

Case Number: 06 civ 3834 (JGK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Peter Lindner, Plaintiff

I certify that I am admitted to practice in this court.

March 16, 2010

Date

Signature

Matthew Blit

Print Name

3910072

Bar Number

350 Fifth Ave., Suite 3601

Address

New York,      NY      10118

City      State      Zip Code

(212) 967-3000      (212) 967-3010

Phone Number      Fax Number