UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER W. LINDNER,

              Plaintiff,

    - against -

AMERICAN EXPRESS CORPORATION and
QING LIN,

              Defendants.

06 Civ. 3834 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The cross motions for summary judgment are due **May 14, 2010**. Opposition briefs are due **June 2, 2010**, and replies are due **June 15, 2010**.

SO ORDERED.

Dated:    New York, New York
            June 22, 2009

                                    John G. Koeltl
                            United States District Judge

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/10