UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER W. LINDNER,

               Plaintiff,

    - against -

AMERICAN EXPRESS CORPORATION and
QING LIN,

               Defendants.

06 Civ. 3834 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court denied the plaintiff's motion of proposed appearance in an order dated January 8, 2010.

    The Clerk is directed to close Docket No. 200.

SO ORDERED.

Dated:    New York, New York
          April 7, 2010

                                  John G. Koeltl
                               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 4-8-10

1