```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
PETER W. LINDNER,

                    Plaintiff,
                                           06 Civ. 3834 (JGK)(THK)
       -against-
                                               ORDER
AMERICAN EXPRESS CORP. and
QING LIN,

                    Defendants.
-----------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

Plaintiff has made a request for the DVDs of videotaped depositions of Defendants in this action. Although he is represented and was advised that any communications with the Court must be through counsel, he amended his request to reflect the caption in another action Plaintiff filed pro se, that has been dismissed and is on appeal to the Second Circuit. However, Plaintiff does not request the DVDs for use in that action; he seeks the DVDs for use at an American Express shareholder meeting.

The Court previously denied such a request, where Plaintiff claimed to need the DVDs to submit to the SEC. (See Memorandum Endorsed Order, dated April 20, 2009.) The basis for the denial was this Court's Order, dated January 14, 2009, that permitted Plaintiff to videotape the depositions, over Defendants' objections, but required that the videotapes be maintained by the Court for use in the trial of this action only, if appropriate. That Order remains in effect and Plaintiff has presented no compelling reason for its reconsideration.

COPIES MAILED TO COUNSEL OF RECORD ON 4/28/10

Accordingly, Plaintiff's request for the DVDs is denied.

So Ordered.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: April 28, 2010
       New York, New York