**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X--X
PETER W. LINDNER,                   :    Civ. No. 06-3834 (JGKTHK)
                                    :    Hon. John G. Koeltl
        Plaintiff,          :
                                    :    **NOTICE OF**
-against-                           :    **CROSS-MOTION**
                                    :
AMERICAN EXPRESS CORPORATION and    :
QING LIN,                           :
                                    :
        Defendants.         :
---------------------------------X

      **PLEASE TAKE NOTICE** that upon this Notice of Cross-Motion, dated May 20, 2010, the Declaration of Matthew J. Blit, dated May 20, 2010, the Declaration of Peter W. Lindner, dated May 20, 2010, the accompanying supporting memorandum of law, dated May 20, 2010, the Rule 56.1 Statement, dated May 20, 2010, and upon all prior proceedings heretofore had herein, Plaintiff Peter W. Lindner ("Lindner") by their attorneys, LEVINE & BLIT, PLLC, will move this Court, in accordance with Rule 6.1 of the Local Civil Rules of the Southern and Eastern Districts, before the Honorable John G. Koeltl, at the United States District Courthouse, Courtroom 12B, 500 Pearl Street, New York, New York, 10007, for an order, pursuant to Rule 56(b), Fed. R. Civ. P., for summary judgment in favor of Lindner, together with such other and further relief as the Court deems just and proper.

      Answering declarations and memorandum of law, if any, shall be served in accordance with Local Rule 6.1(b) and within ten business days after service of the moving papers, unless otherwise agreed to by the parties or ordered by the Court.

Dated: May 20, 2010
      New York, New York

LEVINE & BLIT, PLLC

_____
MATTHEW J. BLIT (MJB 4145)

*Attorneys for Plaintiff*
Empire State Building
350 Fifth Avenue, 36th Floor
New York, New York 10118
Phone: (212)967-3000
Fax: (212)967-3010

To:    Jean Y. Park, Esq.
        Kelley Drye & Warren LLP
        *Attorneys for Defendants*
        101 Park Avenue
        New York, New York 10178