UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PETER W. LINDER,

                Plaintiff(s),

    -against-

AMERICAN EXPRESS COPORATION,
                Defendant(s).
-------------------------------------------------------X

**NOTICE OF ORAL ARGUMENT**

06 civ 3834 (JGK)

To All Parties,

    You are directed to appear for oral argument on the pending motion(s), to be held on

**Wednesday, August 4, 2010 at 2:30pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

Don Fletcher
Courtroom Case Manager

Dated: New York, New York
       July 27, 2010

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2010