USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/10

# LEVINE & BLIT, PLLC

Empire State Building
350 Fifth Avenue – Suite 3601
New York, New York 10118
Tel. (212) 967-3000
Fax (212) 967-3010

July 29, 2010

*Via Facsimile*
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **Peter Lindner v. American Express Corp**
      Civil Action No. CV-06-3834

Dear Judge Koeltl:

We are writing with regards to the recently issued Notice of Oral Argument, filed July 27, 2010. We hereby request an adjournment of the oral argument currently scheduled Wednesday, August 4, 2010 at 2:30pm, as we are not available on that date. We request that the oral argument be rescheduled at least two weeks from that date, so that we may avoid any scheduling conflicts.

Our office has contacted Defendants' attorney, Jean Y. Park, Esq., earlier today. Ms. Park has consented to our adjournment request.

This is our first adjournment request with regard to this Notice of Oral Argument. Thank you for your kind courtesies and assistance in this matter.

Respectfully Submitted,

LEVINE & BLIT, PLLC

Matthew J. Blit (MJB 4145)

To: Jean Young Park
Kelley Drye & Warren, LLP, 101 Park Avenue, New York, NY 10178
Fax 212-808-7897

*ADJOURNED TO THURSDAY, AUGUST 26, 2010 AT 11:00AM*
*SO ORDERED*
8/2/10
[signature] Koeltl
S D J

Joseph N Sacca
Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Sq., New York, NY 10036
Fax 212-735-2000