UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER W. LINDNER,

               Plaintiff,        06 Civ. 3834 (JGK)

   - against -               ORDER

AMERICAN EXPRESS CORP., ET AL.,

              Defendants.

JOHN G. KOELTL, District Judge:

    As discussed on the record at today's hearing, the defendants' motion for summary judgment on the plaintiff's breach of contract claim is **granted** insofar as that claim relates to defendant Lin. The remaining motions for summary judgment by both parties are **denied**. The parties are directed to submit requests to charge; proposed questions for voir dire; motions in limine, if any; and a joint pretrial order by **October 1, 2010**. The parties should be ready for trial on 48 hours' notice as of **October 15, 2010**.

    The Clerk is directed to close Docket Nos. **216 and 222**.

SO ORDERED.

Dated:    New York, New York
           September 9, 2010

                                                           John G. Koeltl
                                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-10