SEP 22 2010

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

JEAN Y. PARK
DIRECT LINE (212) 808-5019
EMAIL jpark@kelleydrye.com

September 22, 2010

**VIA FACSIMILE**

Honorable John G. Koeltl
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Lindner v. American Express Corporation et al.
    Civil Action No. 06-03834 (JGK-THK)

Dear Judge Koeltl:

On behalf of both parties, we respectfully submit this joint application to: (i) extend the pre-trial submission deadline from October 1, 2010 to December 1, 2010, and (ii) defer the trial readiness date from October 15, 2010 to January 14, 2011. This is the first request for an extension in these particular matters.

We require this additional time due to scheduling constraints, which includes, for the undersigned, a commitment out of the country from September 27th through October 6th. The parties are also scheduled to appear before Magistrate Katz for a settlement conference on October 14th and believe that extending the above-referenced dates will greatly increase the parties' ability to reach a resolution.

Respectfully submitted,

Jean Y. Park

[Handwritten annotation by judge:]
1. Pre-Trial Submissions adjourned to 11/8/10.
2. Ready Trial date on 48 hours notice extended to 11/19/10.
3. All dates can be extended if the Magistrate Judge recommends that they be extended. Otherwise no extension except with an affidavit showing good cause. So ordered.
[signature] U.S.D.J. 9/23/10

JYP:law

cc:  Matthew J. Blit, Esq. (by e-mail)
     *Attorneys for Plaintiff*

[Stamp:]
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/10

NY01/PARKJE/1422149.1