

**LEVINE & BLIT, PLLC**
*Attorneys at Law*
EMPIRE STATE BUILDING
350 FIFTH AVENUE, 36TH FLOOR
NEW YORK, NEW YORK 10118
PHONE: (212) 967-3000 - FAX: (212) 967-3010
www.levineblit.com

October 11, 2010



**VIA FACSIMILE**
Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

Re: **Lindner v. American Express Corporation & Qing Lin**
    **Civil Action No. 06-3834 (JGK-THK)**

Dear Judge Katz:

As you are aware, we represent plaintiff Peter Lindner in the above referenced matter. With the consent of defendants, I write to request a 2-week adjournment of the parties' settlement conference, which is scheduled to take place tomorrow at 2:00 pm. I require this additional time to confer with my client and to exchange documents pertaining to the settlement with defendants. I am familiar with the extensive settlement attempts in this case and believe that this adjournment and exchange of information will significantly increase the parties' ability to reach a settlement, with Your Honor's assistance.

The parties apologize for the late request. I have been in serious communication with defense counsel over the past week and believe the adjournment will be productively used.

Very Truly Yours,

LEVINE & BLIT, PLLC

Matthew J. Blit

*The settlement*
*conference is adjourned*
*to November 4, 2010*
*at 2:00 P.M.*

**SO ORDERED**
10/12/10
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE