USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

PETER W. LINDNER,

               Plaintiff,

   - against -

AMERICAN EXPRESS CORPORATION and
QING LIN,

               Defendants.

------------------------------------------------x

Civil Action No. 06-3834 (TPG-THK)

**STIPULATION OF**
**DISCONTINUANCE**

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for Plaintiff, Peter W. Lindner, and Defendants, American Express Travel Related Services Company, Inc., erroneously denominated "American Express Corporation," and Qing Lin, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued with prejudice, without costs to any party as against the other.

Dated: November 4, 2010
     New York, New York

LEVINE & BLIT, PLLC

By: _____
    Matthew Blit
    350 Fifth Avenue, 36th Floor
    New York, New York 10118
    (212) 967-3000
    Attorneys for Plaintiff

Dated: November 5, 2010
     New York, New York

KELLEY DRYE & WARREN LLP

By: _____
    Jean Y. Park
    101 Park Avenue
    New York, New York 10178
    (212) 808-7800
    Attorneys for Defendants

SO ORDERED:

_____
HON. THOMAS P. GRIESA, U.S.D.J.

Dated: November 18, 2010

NY01/PARKJE/1376929.3