UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

PETER W. LINDNER,

                    Plaintiff,

        – against –

AMERICAN EXPRESS CORPORATION,
and QING LIN

                 Defendants.

------------------------------------------x

06 Civ. 3834 (TPG)

**ORDER**

        Plaintiff, Peter Lindner, brings a pro se motion to alter or amend judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.

        Because this case never reached judgment, but was rather dismissed based on the stipulation of the parties, this motion is denied.

SO ORDERED.

Dated: New York, New York
       December 8, 2010

*[signature: Thomas P. Griesa]*

Thomas P. Griesa
U.S.D.J.