UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE HONORABLE MJ KATZ

------------------------------------X

06 Civ. 3834 (TPG)(THK)

PETER W. LINDNER,

               Plaintiff,

-against-

AMERICAN EXPRESS CORPORATION and
QING LIN

               Defendants.

------------------------------------X

REQUEST FOR EXTENSION ON
REPLY TO RESPONSE ON GETTING
MY DVD AND VIDEOTAPES AND
REMOVING RESTRICTIONS ON
COMMUNICATIONS TO
DEFENDANT

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/11

Tuesday, February 8, 2011
Via Fax: 212-805-7932

To the Honorable Magistrate Judge Katz,

I hereby request a 2 week extension to Mon, Feb 21, 2011 for replying to Jean Park's response, due to my being allegedly assaulted on Sunday, Feb 6, 2011, and was in the Emergency Room in the Hospital that night and early Monday, Feb 7, 2011, and still am not feeling well. I follow Your Honor's Individual Practices on Extensions below in the attachment.

I believe Ms. Park would routinely object, and have not contacted her, especially since Your Honor's ORDERS' explicitly deny me to call or even email her, which by the way, Ms. Park violated by emailing me on Friday, January 28, 2011 8:31 PM.

By: _____  Dated: NY, NY on February _8_, 2011
/s/ Peter W. Lindner, Plaintiff
1 Irving Place, Apt. G-23-C
New York, New York 10003

cc:   Ms. Jean Park, Esq. via USPS
      Pro Se Office

**Attachment**: Excerpt from Individual Practices - July 14th, 2003 of Hon. Theodore H. Katz:

"D. Requests for Adjournments or Extensions of Time. All requests for adjournments or extensions of time must state   (1) the original date, **Monday, Feb 7 2011**
(2) the number of previous requests for adjournment or extension, **0 zero**
(3) whether these previous requests were granted or denied, **n/a**
(4) why the established deadline cannot be met, **I am recovering from an alleged assault on Sun, Feb 6**
and (5) whether the adversary consents, **I did not ask her, since she has almost uniformly been hostile**
and, if not, the reasons given by the adversary for refusing to consent.
 If the requested adjournment or extension affects any other scheduled dates, a proposed Revised Scheduling Order (reflecting only business days) must be attached. If the request is for an adjournment of a court appearance, absent an emergency it shall be made at least 48 hours prior to the scheduled appearance. If the request is for the extension of a discovery deadline, it shall be made at least ten (10) days prior to the deadline."
      http://www.nysd.uscourts.gov/cases/show.php?db=judge_info&id=16

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X   THE HONORABLE MJ KATZ
PETER W. LINDNER,
                         Plaintiff,   06 Civ. 3834 (JGK)
    -against-
AMERICAN EXPRESS CORPORATION and   AFFIRMATION OF SERVICE
QING LIN
                       Defendants.
---------------------------------------X

Date: Feb 8, 2011

I, Peter W. Lindner, declare under penalty of perjury that I have served a copy of
the "Request For Extension On Reply To Response On Getting My DVD And Videotapes And
Removing Restrictions On Communications To Defendant" with its related papers upon a)
Jean Park  b)The Honorable MJ Katz
whose addresses are:

| | |
|---|---|
| Ms. Jean Park, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>NY, NY  10178-0002<br>Office: 212-808-7826<br>Fax:    212-808-7897 | The Hon. MJ Katz (via fax)<br>(and Pro Se Office)<br>US District Court SDNY<br>United States Courthouse<br>500 Pearl Street<br>New York, New York 10007-1312<br>Pro Se Office phone:  212-805-0175 |

by hand, email, fax (and/or USPS).

By: ___[signature]___   Dated: Feb 8, 2011
    Peter W. Lindner   New York, NY
    Plaintiff, *Pro Se*
1 Irving Place, Apt. G-23-C
New York, New York 10003
Home/ Fax:   212-979-9647
Cell:        917-207-4962

> To the Pro Se Office:
> Please time stamp the extra
> original and send it back to me.
> Thanks,  Peter Lindner
>
> And please send me forms for
> getting NEF certification of
> electronic filing by me and by
> The Court and its Officers.